United States District Court
for the
Southern District of Florida

Jack Stone and Miyuki Suzuki, )
Plaintiffs, )
)
v. ) Civil Action No. 18-24040-Civ-Scola
)
Keisei Electric Railway Company, )
Inc. and others, Defendants. )

### Order Adopting Magistrate's Report And Recommendation

This matter was referred to United States Magistrate Edwin G. Torres for an order on Plaintiffs' motion to proceed *in forma pauperis.* (ECF No. 6.) On October 10, 2018, Judge Torres issued an order denying the motion and recommending that the action be dismissed if the Plaintiffs failed to pay the filing fee. (ECF No. 7). Judge Torres found that "this action is a rehashed complaint of an action previously filed by the same plaintiff against many of the same foreign defendants that was dismissed as frivolous by District Judge Kathleen Williams (Case No. 17-20694)." (*Id.*) Having considered Judge Torres' order, the record, the Plaintiffs' opposition, and the relevant legal authorities, this Court finds Judge Torres' report cogent and compelling.

The Court therefore **affirms and adopts** Judge Torres' order (**ECF No. 7**). The Court **denies** the Plaintiff's motion to proceed *in forma pauperis* (**ECF No. 3**) and **dismisses** the Complaint (**ECF No. 1**). The Clerk is directed to **close** this case.

**Done and ordered**, in chambers, in Miami, Florida on April 19, 2019.

_____
Robert N. Scola, Jr.
United States District Judge